# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ROSE D. BARRIERA,

                         Plaintiff,                  20 **CIVIL** 4301 (PGG)(SLC)

               -v-                                  **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,

                       Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 21, 2021, that the Commissioner's decision is reversed and this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           May 24, 2021

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
                 **BY:**      *K. Mango*
                                                           _____
                                                           **Deputy Clerk**